CVB Scan 08/05/2014 15:00:55

# United States District Court
# Violation Notice

CVB Location Code: CS-2

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3779935 | WALLAG | 5446 |

3779935

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 29 JUN 2014 / 1028 | CVC 22500 (F) |

Place of Offense: ROADWAY ADJACENT TO 641 PARKER RD, OCEANSIDE, CA 92058

Offense Description: Factual Basis for Charge — HAZMAT □

NO PARKING ON SIDEWALK

**DEFENDANT INFORMAT**[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| PERRY | JASON | M |

[redacted]

| Tag No. | State | Year | Make/Model PASS □ | Color |
|---|---|---|---|---|
| 7AIP057 | CA | 06 | FORD MUST | RED |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 

Date (mm/dd/yyyy): 

Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______

(Rev. 01/2011) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 JUNE, 20 14 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA,

ON CAMP PENDLETON, I OBSERVED A RED IN COLOR FORD MUSTANG DISPLAYING CALIFORNIA REGISTRATION PARKED ILLEGALLY ADJACENT TO 641 PARKER ROAD, OCEANSIDE, CA 92058. THE VEHICLE IN QUESTION WAS STANDING IN A PARKED POSITION ON THE RIGHT-HAND SIDE OF THE ROADWAY WITH A MAJORITY OF THE VEHICLE RESTING ON THE SIDEWAY, BLOCKING IT ALMOST ENTIRELY. CONTACT WAS MADE WITH DEFENDANT PERRY WHO STATED TO ME HE HAD PARKED HIS VEHICLE IN THAT MANNER THE NIGHT BEFORE. FURTHERMORE, PERRY CLAIMS HE DOES NOT RESIDE AT 641 PARKER, BUT THAT IS THE ADDRESS CURRENTLY ON HIS CALIFORNIA DRIVER'S LICENSE.

The foregoing statement is based upon:

☒ my personal observation □ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/29/2014 ______
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident